DISTRICT OF OREGON
**F I L E D**
**March 18, 2015**
**Clerk, U.S. Bankruptcy Court**

IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if copies are timely served per (b) unless, within 30 days of the FILED date, a party files a written objection that sets forth specific grounds for it, with the Clerk of Court, 1001 SW 5th Ave #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of such fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and a copy is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) properly serve a copy of this document, AND (2) FILE a completed Certificate of Service using a copy of this document (WITHOUT any attachments).

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                          )
                                              ) Case No. _____
                                              )
                                              ) [ONLY FOR CHAPTER 13 CASES]
                                              ) APPLICATION BY DEBTOR'S ATTORNEY
                                              ) FOR SUPPLEMENTAL COMPENSATION;
Debtor(s)                                ) AND ORDER AND NOTICE THEREON

I, the undersigned debtor's attorney, whose address and phone number are _____ _____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1.  This (**Check One**)    IS    IS NOT my final application for compensation in this case.

    2.  I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

1307 (7/18/13) **Page 1 of 2**

3.  My Disclosure of Compensation shows the debtor(s) and I agreed to:
    ___  Schedule 2   ___  Schedule 3.

4.  My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5.  **Allowance of this application will require that the distribution to creditors be reduced, the debtor pay more, or a combination of the two.  Even if the distribution to creditors is not reduced, payments to creditors may be delayed**, sometimes for an extended period.  If the debtor must pay more, the debtor will either be required to make additional or increased plan payments.  If you want to know what impact the allowance of this fee application will have on you, you should contact the attorney whose contact information is above.  The attorney is required to explain the impact on you of the allowance of the additional compensation within seven days after you request the information.

6.  Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7.  Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:


DATE: _____                                   _____
                                                   Debtor's Attorney


*STOP:*  <u>BEFORE</u> **SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**


### CERTIFICATE OF SERVICE

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

                                                   _____
                                                   Signature & Relation to Applicant

Kuni Donaldson LLP
1975 SW First Avenue
Suite H
Portland, OR 97201

Case#    13-30148-pcm13

Dale Carter                                                                                      Date:   3/13/2015
8420 SW 165th Ave
Beaverton, OR 97007

Regarding: Carter, Dale
Invoice No:   01191

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 3/07/2014 | RS | Review Notice of Mortgage Payment Change, Draft CSP client re: same | 0.00 | $135.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 4/24/2014 | JCK | Review CSP from client and case file, draft reply CSP to client re: case issues and BK requirements | 0.25 | $250.00 | $62.50 |
| 12/16/2014 | JCK | Review CSP from Trustee and file, draft CSP to client re: 3013 tax returns, update file notes | 0.20 | $250.00 | $50.00 |
| 12/19/2014 | JCK | TCW Client re: case issues, draft CSP to client re: same and update file notes | 0.30 | $250.00 | $75.00 |
| 12/22/2014 | JCK | Review CSP from Accountant and documents provided, Draft reply re: state tax returns | 0.20 | $250.00 | $50.00 |
| 12/22/2014 | JCK | Review tax returns provided by accountant, compare with last filed budget, draft CSP to trustee re: same | 0.25 | $250.00 | $62.50 |
| 1/08/2015 | JCK | Review CSP from client and documents provided, review Trustee ledger and calculate feasibility and various amended plan options (.45); Draft CSP to client re: case options and update file notes (.25) | 0.70 | $250.00 | $175.00 |
| 1/30/2015 | JCK | OCW Client re: discuss BK options and requirements (.85); Update file notes | 1.05 | $250.00 | $262.50 |

(.2)

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/11/2015 | JCK | Review file and draft follow up CSP to client | 0.10 | $250.00 | $25.00 |
| 2/16/2015 | JCK | Review CSP from client and file notes, Draft amended C13 Plan (.45); Draft CSP to Trustee re: same and update file notes (.2) | 0.65 | $250.00 | $162.50 |
| 2/17/2015 | JCK | Review CSP from Trustee, Draft revised Plan and update file notes (.45); Draft CSP to client re: changes to plan and instructions re: same (.2) | 0.65 | $250.00 | $162.50 |
| 2/18/2015 | JCK | Review CSP from client, draft reply, update file notes | 0.15 | $250.00 | $37.50 |
| 2/25/2015 | JCK | Draft follow up CSP to client re: amended Plan | 0.10 | $250.00 | $25.00 |
| 2/27/2015 | JCK | Review CSP from client, draft reply | 0.10 | $250.00 | $25.00 |
| 3/04/2015 | JCK | Review CSP from client, draft reply | 0.10 | $250.00 | $25.00 |

|  |  |
|---|---|
| Total Fees | $1,200.00 |
| Total New Charges | $1,200.00 |
| Previously Awarded | $12,854.55 |
| Total Charges | $14,054.55 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Jonathan C Kuni | 4.80 | $250.00 |
| Schellinger Rory | 0.00 | $0.00 |

JCK - Jonathan C. Kuni
LLD - Laura L. Donaldson
RS - Rory Schellinger

BILLING CODES:

CSP = Correspondence
TCW = Telephone consult with
PCT  = Placed Call to
LM = Left Message
OCWC = Office Consult with Client
RCC = Return Call To Client
BK = Bankruptcy